1 | Aaron Kaufmann, Cal. Bar No. 148580
2 | David Pogrel, Cal. Bar No. 203787
  | HINTON, ALFERT & SUMNER
  | 1646 North California Boulevard, Suite 600
3 | Walnut Creek, California 94596
  | Telephone: (925) 932-6006
4 | Facsimile: (925) 932-3412

5 | Rex Burch Texas Bar No. 24001807
  | (Pro Hac Vice Application Pending)
  | Bruckner Burch PLLC
6 | 1415 Louisiana Street, Suite 2125
  | Houston, Texas 77002
7 | Telephone: (713) 877-8788
  | Facsimile:  (713) 877-8065

8 | Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

ERIC GUNDERSEN, on behalf of himself, and all others similarly situated

Plaintiff,

v.

LENNAR ASSOCIATES MANAGEMENT, LLC, LENNAR CORPORATION d/b/a LENNAR HOMES, and DOES 1-10, inclusive,

Defendants.

Case No. 3:09-cv-02270-CRB

(~~Proposed~~)
**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

Richard Jennings Burch, whose business address and telephone and facsimile number is Burckner Burch PLLC, 1415 Louisiana, Suite 2125, Houston, Texas 77002; 713-877-8788 (telephone); and 713-877-8065 (facsimile), and who is an active member in good standing of the Texas State Bar, the bars of Eastern, Northern, Southern, and Western District of Texas, and the Fifth Circuit Court of Appeals, having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Plaintiff Eric Gundersen and all others similarly situated.

24     IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, Electronic Case Filing.

Dated: 8/11/09

United States D[istrict] **GRANTED**
Judge Charles R. Breyer