Aaron L. Agenbroad (CA State Bar No. 242613)
alagenbroad@jonesday.com
Amanda M. Ose (CA State Bar No. 251757)
aose@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

Ted Meyer (TX State Bar No. 13997500)
(admitted *pro hac vice*)
tdmeyer@jonesday.com
Julia L. Nye (CA State Bar No. 160092)
jnye@jonesday.com
JONES DAY
717 Texas, Suite 3300
Houston, TX 77002-2712
Telephone: (832) 239-3939
Facsimile: (832) 239-3600

Attorneys for Defendants
LENNAR ASSOCIATES MANAGEMENT, LLC;
LENNAR CORPORATION DBA LENNAR HOMES

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ERIC GUNDERSEN, on behalf of himself and all others similarly situated,**<br><br>Plaintiff,<br><br>v.<br><br>**LENNAR ASSOCIATES MANAGEMENT, LLC; LENNAR CORPORATION dba LENNAR HOMES, and DOES 1 – 10, inclusive,**<br><br>Defendants. | Case No. CV-09-2270 CRB<br><br>**STIPULATION AND [Proposed] ORDER TO CONTINUE THE ADR DEADLINE AND THE FURTHER CASE MANAGEMENT CONFERENCE** |

/ / /

/ / /

/ / /

HUI-120456v2

Stip. and [Proposed] Order to Continue
the ADR Deadline and Further CMC
Case No. CV-09-2270 CRB

| | |
|---|---|
| 1 | Subject to the approval of the Court, Plaintiff Eric Gundersen ("Plaintiff") and defendants |
| 2 | Lennar Associates Management, LLC, and Lennar Corporation dba Lennar Homes |
| 3 | ("Defendants"), through their respective counsel of record, hereby stipulate to the following: |

1. The parties agreed to private mediation of this matter.
2. The Court ordered the parties to hold their ADR session by December 28, 2009, which is 140 days from entry of the Court's Order dated August 10, 2009 (Docket # 19). The Court also ordered a Further Case Management Conference at 8:30 a.m. on January 8, 2010. (Docket # 26.)
3. At the time of the Court's Order, the parties were working on selecting a mediator. The parties have since agreed to use David Rotman for mediation.
4. All parties, including the mediator, Mr. Rotman, are available for mediation on March 8, 2010.
5. Accordingly, the parties respectfully request a continuation of the ADR deadline to March 10, 2010, or a date thereafter, to provide them with an opportunity to complete mediation.
6. The parties have been engaged in the limited pre-mediation discovery that was agreed upon in the parties' Joint Case Management Statement (Docket # 23). To date Plaintiff has not been satisfied that the pre-mediation discovery agreed to will produce information sufficient to allow him to negotiate a class-wide settlement in good faith. Accordingly, Plaintiff has propounded further discovery. Defendants disagree and reserve their defenses and objections. Defendants have offered alternatives to Plaintiff in an attempt to resolve the matter, and the parties will meet and confer regarding such discovery. Accordingly, an extension of the ADR deadline will allow the parties to hopefully resolve any discovery disputes and be better prepared to engage in a meaningful mediation process.

///
///
///

HUI-120456v2 - 2 - Stip. and [Proposed] Order to Continue the ADR Deadline and Further CMC
Case No. CV-09-2270 CRB

7. The parties also respectfully request a continuation of the Further Case Management Conference to 8:30 a.m. on April 9, 2010, or a date thereafter that is available to the Court.

Dated: November 2, 2009          Jones Day

By: /s/ Aaron L. Agenbroad
      Aaron L. Agenbroad

Counsel for Defendants
Lennar Associates Management, LLC and Lennar Corporation dba Lennar Homes

Dated: November 2, 2009          Hinton, Alfert & Summer
Bruckner Burch PLLC

By: /s/ Aaron D. Kaufmann
      Aaron D. Kaufman
      Richard J. (Rex) Burch

Counsel for Plaintiff
Eric Gundersen

**ORDER**

PURSUANT TO STIPULATION, IT IS ORDERED.

The parties shall ~~old~~ hold the ADR session by March 10, 2010, ~~or the following later date~~: _____.

The Further Case Management Conference presently set for January 28, 2010, is continued to 8:30 a.m. on April 9, 2010, ~~or the following later date and time:~~ _____, 2010, at _____ ~~a.m. / p.m.~~

Dated: November 10, 2009          HON. CHARLES R. BREYER

IT IS SO ORDERED
Judge Charles R. Breyer

HUI-120456v2      - 3 -      [Proposed] Order to Continue the ADR Deadline and Further CMC
Case No. CV-09-2270 CRB