Cindi L. Pusateri (State Bar No. 216899)
cpusateri@meyerwhite.com
MEYER WHITE LLC
515 S. Flower Street, Suite 3600
Los Angeles, California 90071
Telephone: (213) 236-3631
Facsimile: (713) 951-1499

Julia Lynn Nye (State Bar No. 160092)
jnye@meyerwhite.com
Theodore ("Ted") D. Meyer (*Admitted Pro Hac Vice*)
tmeyer@meyerwhite.com
MEYER WHITE LLC
600 Travis Street
Suite 900
Houston, TX 77002
Telephone: (713) 951-1400
Facsimile: (713) 951-1499

Attorney for Defendants
Lennar Associates Management, LLC
and Lennar Corporation dba Lennar Homes

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ERIC GUNDERSEN, on behalf of himself and all others similarly situated,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**LENNAR ASSOCIATES MANAGEMENT, LLC; LENNAR CORPORATION dba LENNAR HOMES, and DOES 1 through 20, inclusive,**<br><br>**Defendants.** | **Case No. CV-09-2270 CRB**<br><br>**[PROPOSED] ORDER ON LENNAR ASSOCIATES MANAGEMENT, LLC and LENNAR CORPORATION dba LENNAR HOMES' MOTION TO SUBSTITUTE LEAD COUNSEL**<br><br>Honorable Charles R. Breyer |

**ORDER**

The Court hereby orders that the request of: LENNAR ASSOCIATES MANAGEMENT, LLC and LENNAR CORPORATION dba LENNAR HOMES, Defendants, to substitute Cindi L. Pusateri, who is Retained Counsel, 515 S. Flower Street, Suite 3600, Los Angeles, California 90071; Telephone: (213) 236-3631; Facsimile: (713) 951-1499, as lead attorney of record in place

and stead of JONES DAY is hereby _X_ GRANTED _____ DENIED.

Dated: March _03_, 2010

_____
U.S. District Judge/U.S. Magistrate Judge

*IT IS SO ORDERED*
*Judge Charles R. Breyer*