Cindi L. Pusateri (CA State Bar No. 216899)
cpusateri@meyerwhite.com
MEYER WHITE LLC
515 S. Flower Street, Suite 3600
Los Angeles, California 90071
Telephone:    (213) 236-3631
Facsimile:    (713) 951-1499


Julia Lynn Nye (CA State Bar No. 160092)
jnye@meyerwhite.com
Theodore ("Ted") D. Meyer (admitted *pro hac vice*)
(TX State Bar No. 13997500)
tmeyer@meyerwhite.com
MEYER WHITE LLC
600 Travis Street, Suite 900
Houston, Texas  77002
Telephone:    (713) 951-1400
Facsimile:    (713) 951-1499

Attorneys for Defendants
Lennar Associates Management, LLC
and Lennar Corporation dba Lennar Homes

UNITED STATES DISTRICT COURT

NORTHERN *DISTRICT* OF CALIFORNIA

| | |
|---|---|
| **ERIC GUNDERSEN, on behalf of himself and all others similarly situated,**<br><br>Plaintiff,<br><br>v.<br><br>**LENNAR ASSOCIATES MANAGEMENT, LLC; LENNAR CORPORATION dba LENNAR HOMES, and DOES 1 through 10, inclusive,**<br><br>Defendants. | Case No.  CV-09-2270 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

Subject to the Court's approval, Defendants Lennar Associates Management, LLC, and Lennar Corporation dba Lennar Homes, (collectively "Lennar"), and Plaintiff Eric Gundersen ("Gundersen") hereby Stipulate to a continuance of the Further Case Management Conference currently scheduled for April 9, 2010, to reset it for April 16, 2010, and they show as follows:

1. This matter is currently set for a further case management conference on April 9, 2010, at 8:30 a.m.

2. Lennar's lead counsel has a scheduling conflict that precludes appearance in person at the April 9, 2010 case management conference. Lennar thus requested, and Plaintiff's counsel agreed, to seek to reschedule the case management conference to the next available date. The Court's scheduling clerk advised that the next available date is, at this time, April 16, 2010, at 8:30 a.m.

3. The parties thus hereby stipulate to and respectfully request that the Court approve a continuance of the further case management conference to April 16, 2010, at 9:30 a.m., or the earliest date thereafter that is available to the Court.

Respectfully submitted,

Dated: April 2, 2010                                    MEYER WHITE LLC


                                                        By: /s/ Ted D. Meyer
                                                                Ted D. Meyer

                                                        Counsel for Defendants
                                                        LENNAR ASSOCIATES MANAGEMENT,
                                                        LLC; LENNAR CORPORATION dba
                                                        LENNAR HOMES

Dated: April 2, 2010                                    HINTON, ALFERT & SUMMER


                                                        By: /s/ Aaron D. Kaufmann
                                                                Aaron D. Kaufmann

                                                        Counsel for Plaintiff
                                                        ERIC GUNDERSEN

///

///

///

1 **ORDER**

2  PURSUANT TO THE STIPULATION, IT IS ORDERED.

3  The Further Case Management Conference presently set for April 9, 2010, is continued to
4  8:30 a.m. on April 16, 2010.

Dated:  April 6, 2010



HON. CHARLES R. BREYER

STIPULATION AND [PROPOSED ORDER] TO
CONTINUE CASE MANAGEMENT CONFERENCE
CASE NO.: CV-09-2270 CRB

- 3 -