1   Cindi L. Pusateri (CA State Bar No. 216899)
    cpusateri@meyerwhite.com
2   Hien Nguyen (CA State Bar No. 229794)
    hnguyen@meyerwhite.com
3   MEYER WHITE LLP
    515 S. Flower Street, Suite 3600
4   Los Angeles, CA 90071
    Telephone:     (213) 236-3631
5   Facsimile:     (213) 236-3661

6   Julia Lynn Nye (CA State Bar No. 160092)
    jnye@meyerwhite.com
7   Ted D. Meyer (*Pro Hac Vice*)
    (TX State Bar No. 13997500)
8   tmeyer@meyerwhite.com
    MEYER WHITE LLP
9   600 Travis Street, Suite 900
    Houston, TX 77002
10  Telephone:     (713) 951-1400
    Facsimile:     (713) 951-1499

11

12  Attorneys for Defendants
    Lennar Associates Management, LLC
13  and Lennar Corporation dba Lennar Homes

14
                    UNITED STATES DISTRICT COURT
15
                   NORTHERN DISTRICT OF CALIFORNIA
16

17  | ERIC GUNDERSEN, on behalf of himself and all others similarly situated, | No. C-09-02270 CRB |

18  Plaintiff,

    **[PROPOSED] ORDER ALLOWING FILING OF DEFENDANT LENNAR ASSOCIATES MANAGEMENT LLC'S COUNTERCLAIM**

19       v.

20  LENNAR ASSOCIATES MANAGEMENT,
    LLC; LENNAR CORPORATION, dba
21  LENNAR HOMES; and DOES 1- 10, inclusive,

22       Defendants.

23

24       Upon consideration of the parties' Stipulation Concerning the Filing of Defendant's

25  Counterclaim ("Stipulation"), and good cause appearing therefore, IT IS HEREBY ORDERED

26  that:

27       1.    Defendant Lennar Associates Management, LLC ("Defendant") shall be allowed to

28  file a Counterclaim, in the form attached as Exhibit 1 to the parties' Stipulation.  The Counterclaim

[PROPOSED] ORDER ALLOWING THE FILING OF          - 1 -
DEFENDANT'S COUNTERCLAIM-
No. C-09-02270 CRB

1    is deemed served and filed on the date of entry of this Order.

2          2.      Plaintiff shall answer or otherwise respond to Defendant's Counterclaim within

3    thirty (30) days from the date of this Order.

4          3.      The filing of Defendant's Counterclaim merely supplements the operative Answer

5    in this action, and Defendant's responses and affirmative and other defenses alleged in the

6    operative Answer to Plaintiff's Complaint remain in effect.   *See* Docket Entry Nos. 1-2 and 1.

7

8    PURSUANT TO STIPULATION, IT IS SO ORDERED,

9

10

11

12

13    Dated:  June 21, 2010      By:_____
                                 The Honorable Charles R. Breyer
14                               United States District J
                                 Northern D
15



16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER ALLOWING THE FILING OF          - 2 -
DEFENDANT'S COUNTERCLAIM-
No. C-09-02270 CRB