Cindi L. Pusateri (CA State Bar No. 216899)
cpusateri@meyerwhite.com
MEYER WHITE LLP
515 S. Flower Street, Suite 3600
Los Angeles, California 90071
Telephone:    (213) 236-3660
Facsimile:    (213) 236-3661

Theodore ("Ted") D. Meyer (admitted *pro hac vice*)
tmeyer@meyerwhite.com
Julia Lynn Nye (CA State Bar No. 160092)
jnye@meyerwhite.com
MEYER WHITE LLP
600 Travis Street, Suite 900
Houston, Texas  77002
Telephone:    (713) 951-1400
Facsimile:    (713) 951-1499
Attorneys for Defendants
Lennar Associates Management, LLC
and Lennar Corporation dba Lennar Homes

Aaron Kaufmann, Cal. Bar No. 148580
David Pogrel, Cal. Bar No. 203787
Hinton, Alfert & Sumner
1646 North California Boulevard, Suite 600
Walnut Creek, California  94596
Telephone: (925) 932-6006
Facsimile: (925) 932-3412

Richard J. (Rex) Burch, Texas Bar No.24001807 (*Pro Hac Vice*)
BRUCKNER BURCH PLLC
1000 Louisiana Street, Suite 1300
Houston, Texas  77002
Telephone: (713) 877-8788
Facsimile: (713) 877-8065
Attorneys for Plaintiff and Proposed Putative Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC GUNDERSEN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LENNAR ASSOCIATES MANAGEMENT, LLC; LENNAR CORPORATION dba LENNAR HOMES, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.  CV-09-2270 CRB<br><br>STIPULATION AND ~~[PROPOSED]~~ ORDER TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DENY CLASS CERTIFICATION |

Pursuant to Rule 4 of the Honorable Judge Breyer's Standing Order, and subject to the Court's approval, Defendants Lennar Associates Management, LLC, and Lennar Corporation dba Lennar Homes, (collectively "Lennar"), and Plaintiff Eric Gundersen ("Gundersen") hereby Stipulate to a continuance of Lennar's Motion to Deny Class Certification [D.E. #100] ("Motion"), currently scheduled for July 23, 2010, to reset it for August 20, 2010, and they show as follows:

1.     Plaintiff has not yet responded to Lennar's Motion.

2.     Plaintiff's lead counsel has a scheduling conflict that precludes appearance in person at the July 23, 2010 hearing.  Plaintiff thus requested, and Lennar agreed, to seek to reschedule the hearing to August 20, 2010.

3.     The parties thus hereby stipulate to and respectfully request that the Court approve a continuance of the hearing to August 20, 2010, at 10:00 a.m.

4.     By so stipulating, Plaintiff does not waive any right to seek further continuance of this hearing.  Plaintiff intends to file an ex parte application next week requesting that the subject motion be heard at the same time as Plaintiff's motion to certify the class, which he anticipates filing in February 2011.  Lennar reserves the right to oppose Plaintiff's request for any further continuances of the hearing date.

///
///
///
///
///
///
///
///
///
///

Dated:  June 17, 2010                              MEYER WHITE LLP


                                                   By:/s/ Cindi L. Pusateri
                                                          Cindi L. Pusateri
                                                   Counsel for Defendants
                                                   LENNAR ASSOCIATES MANAGEMENT,
                                                   LLC; LENNAR CORPORATION dba
                                                   LENNAR HOMES


Dated: June 17, 2010                               HINTON, ALFERT & SUMMER


                                                   By:/s/ Aaron D. Kaufmann
                                                          Aaron D. Kaufmann
                                                   Counsel for Plaintiff
                                                   ERIC GUNDERSEN


                                    **ORDER**

        PURSUANT TO THE STIPULATION, IT IS ORDERED.

        The hearing on Lennar's Motion to Deny Certification presently set for July 23, 2010, is

continued to 10:00 a.m. on August 20, 2010.

Dated:  __June 22, 2010_____                  _____
                                                       HON. CHARLES R. BREYER

IT IS SO ORDERED

Judge Charles R. Breyer

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA