Cindi L. Pusateri (CA State Bar No. 216899)
cpusateri@meyerwhite.com
MEYER WHITE LLP
515 S. Flower Street, Suite 3600
Los Angeles, California 90071
Telephone:   (213) 236-3660
Facsimile:    (213) 236-3661

Theodore ("Ted") D. Meyer (admitted *pro hac vice*)
tmeyer@meyerwhite.com
Julia Lynn Nye (CA State Bar No. 160092)
jnye@meyerwhite.com
MEYER WHITE LLP
600 Travis Street, Suite 900
Houston, Texas  77002
Telephone:   (713) 951-1400
Facsimile:    (713) 951-1499

Attorneys for Defendants
Lennar Associates Management, LLC
and Lennar Corporation dba Lennar Homes

Aaron Kaufmann, Cal. Bar No. 148580
David Pogrel, Cal. Bar No. 203787
Hinton, Alfert & Sumner
1646 North California Boulevard, Suite 600
Walnut Creek, California  94596
Telephone: (925) 932-6006
Facsimile:  (925) 932-3412

Richard J. (Rex) Burch, Texas Bar No.24001807 (*Pro Hac Vice*)
BRUCKNER BURCH PLLC
1000 Louisiana Street, Suite 1300
Houston, Texas  77002
Telephone:  (713) 877-8788
Facsimile:  (713) 877-8065

Attorneys for Plaintiff and Proposed Putative Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC GUNDERSEN, on behalf of himself and all others similarly situated,<br><br>            Plaintiff,<br><br>      v.<br><br>LENNAR ASSOCIATES MANAGEMENT, LLC; LENNAR CORPORATION dba LENNAR HOMES, and DOES 1 through 10, inclusive,<br><br>            Defendants. | Case No.  C-09-2270 CRB<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON PLAINTIFF'S MOTION FOR FLSA CONDITIONAL CERTIFICATION AND MOTION FOR LEAVE TO AMEND COMPLAINT |

Pursuant to Rule 4 of the Honorable Judge Breyer's Standing Order, and subject to the Court's approval, Defendants Lennar Associates Management, LLC, and Lennar Corporation dba Lennar Homes, (collectively "Lennar"), and Plaintiff Eric Gundersen ("Gundersen") hereby stipulate to a continuance of Plaintiff's Motion for FLSA Certification [D.E. #61, amending original motion at D.E. #59] ("FLSA Motion") and Motion for Leave to Amend Complaint [D.E. #46] ("Motion to Amend Complaint") (collectively, "Motions"), currently scheduled for June 25, 2010, to reset the Motions for hearing on August 20, 2010, and they show as follows:

1.  The parties desire to engage in further settlement discussions and focus their efforts on attempting to resolve this action without incurring the additional attorneys' fees and costs associated with Plaintiff's Motions.

2.  To allow the parties sufficient time to engage in a further settlement dialogue, the parties hereby stipulate to and respectfully request that the Court approve a continuance of the hearing on Plaintiff's Motions to August 20, 2010, at 10:00 a.m.

3.  The parties further stipulate and agree to toll the statute of limitations as a legal defense to Plaintiff's proposed cause of action for violation of the federal Fair Labor Standards Act, 29 U.S.C. §201, *et seq.*, for a Tolling Period consisting of the 30-day period from and including June 25, 2010 until July 24, 2010.

4.  This tolling will not act as a revival of any limitations period for claims for which the applicable limitations period(s) have already expired as of the date of this stipulation.

5.  By stipulating to a Tolling Period as described above, Lennar preserves its objections to the inclusion of an FLSA claim in this action and does not waive its right to oppose Plaintiff's motion for leave to amend to add an FLSA claim to his complaint.

6.  By stipulating to a Tolling Period as described above, Plaintiff does not waive his request for further equitable tolling as set forth in his FLSA Motion [D.E. #61], and Lennar reserves its right to oppose Plaintiff's request for any further equitable tolling.

///

///

| | | |
|---|---|---|
| 1 | Dated: June 23, 2010 | MEYER WHITE LLP |
| 2 | | |
| 3 | | By:*/s/ Cindi L. Pusateri* |
| | | Cindi L. Pusateri |
| 4 | | Counsel for Defendants |
| | | LENNAR ASSOCIATES MANAGEMENT, |
| 5 | | LLC; LENNAR CORPORATION dba |
| | | LENNAR HOMES |
| 7 | Dated: June 23, 2010 | HINTON, ALFERT & SUMMER |
| 9 | | By:*/s/ Aaron D. Kaufmann* |
| | | Aaron D. Kaufmann |
| 10 | | Counsel for Plaintiff |
| 11 | | ERIC GUNDERSEN |

### **ORDER**

PURSUANT TO THE STIPULATION, IT IS ORDERED.

The hearing on Plaintiff's Motion for FLSA Certification and Motion for Leave to Amend Complaint presently set for June 25, 2010, is continued to 10:00 a.m. on August 20, 2010.  The statute of limitations on Plaintiff's proposed claim for unpaid overtime under the Fair Labor Standards Act, 29 U.S.C. §201, et seq., is tolled for a 30-day Tolling Period consisting of the period from and including June 25, 2010 until July 24, 2010.

Dated: __June 23, 2010_____    _____
                                              HON. CHARLES R. BREYER

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
(UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA seal)