United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC GUNDERSEN,<br><br>    Plaintiff,<br><br>v.<br><br>LENNAR ASSOCIATES MANAGEMENTS, LLC, et al.,<br><br>    Defendants.<br>_____/ | No. C 09-2270 CRB<br><br>**ORDER GRANTING APPLICATION FOR CONTINUANCE AND REQUEST FOR LEAVE TO FILE OVERLONG BRIEFS** |

      This Court is in receipt of Plaintiff's Ex Parte Application for Continuance of Defendants' Motion to Deny Class Certification and Expanded Briefing. Good cause appearing, the hearing for Defendants' motion to deny class certification is continued to November 12, 2010. The briefing schedule is altered accordingly.

      Plaintiff also requests permission to file briefs no longer than 25 pages both in support of his Motion for Class Certification and in opposition to Defendants' Motion to Deny Class Certification. This request is GRANTED. Defendants are likewise granted permission to file briefs not to exceed 25 pages both in opposition to Plaintiff's Motion for Class Certification and in reply to Plaintiff's opposition to Defendants' Motion to Deny Class

///

///

1 | Certification.
2 | **IT IS SO ORDERED.**
3 |
4 | Dated: July 21, 2010

                                          CHARLES R. BREYER
                                          UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California