1   Cindi L. Pusateri (CA State Bar No. 216899)
    cpusateri@meyerwhite.com
2   Hien Nguyen (CA State Bar No. 229794)
    hnguyen@meyerwhite.com
3   MEYER WHITE LLP
    515 S. Flower Street, Suite 3600
4   Los Angeles, California 90071
    Telephone:   (213) 236-3660
5   Facsimile:   (213) 236-3661

6   Theodore ("Ted") D. Meyer (admitted *pro hac vice*)
    (TX State Bar No. 13997500)
7   tmeyer@meyerwhite.com
    Julia Lynn Nye (CA State Bar No. 160092)
8   jnye@meyerwhite.com
    MEYER WHITE LLP
9   600 Travis Street, Suite 900
    Houston, Texas 77002
10  Telephone:   (713) 951-1400
    Facsimile:   (713) 951-1499
11
    Attorneys for Defendants
12  Lennar Associates Management, LLC
    and Lennar Corporation dba Lennar Homes
13

14                        UNITED STATES DISTRICT COURT

15                       NORTHERN DISTRICT OF CALIFORNIA

16
    ERIC GUNDERSEN, on behalf of himself        Case No. C-09-2270 CRB
17  and all others similarly situated,
                                                ORDER RESETTING HEARINGS
18                  Plaintiff,

19          v.

20  LENNAR ASSOCIATES MANAGEMENT,
    LLC; LENNAR CORPORATION dba
21  LENNAR HOMES, and DOES 1 - 10,
    inclusive,
22
                    Defendants.
23

24

25

26

27

28

                                                [PROPOSED] ORDER RESETTING HEARINGS
                                                                      C-09-2270 -CRB

1   Upon consideration of Defendants' Supplemental Response to Plaintiff's Ex Parte Application for Continuance of Defendants' Motion to Deny Class Certification and Expanding Briefing and Proposal for Continuation of All Pending Hearings with Limited Equitable Tolling, and all other papers submitted in connection with Plaintiff's Ex Parte Application, the Court is of the opinion that good cause exists to continue the four pending motions and the hearings on such motions should be reset to November 12, 2010, and the Court ORDERS as follows:

1. It is hereby ORDERED that the hearings on Plaintiff's motion for leave to file an amended complaint, Plaintiff's motion for conditional certification and notice, Lennar's motion to deny class certification, and Plaintiff's motion to dismiss Lennar's Counterclaim [D.E. #46, 59/61, 100, and 132, respectively] are reset from August 20, 2010, at 10:00 a.m. to November 12, 2010 at 10:00 a.m.;

2. It is further ORDERED that the statute of limitations on Plaintiff's proposed claim for unpaid overtime under the Fair Labor Standards Act, 29 U.S.C. §201 et seq., is tolled for the period from and including August 20, 2010 to and including November 12, 2010.

Dated:   July 22, 2010



_____
CHARLES R. BREYER
United States District Judge

[PROPOSED] ORDER RESETTING HEARINGS
C-09-2270- CRB

- 1 -