**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **November 19, 2010**     Time:  7 minutes

**C-09-02270** CRB

  **ERIC GUNDERSEN  v.  LENNAR ASSOC.**

Attorneys:    Aaron Kaufman         Ted Meyer

Deputy Clerk: **BARBARA ESPINOZA**     Reporter: **Not Reported**

**PROCEEDINGS:**               **RULING:**

1.  Case Management Conference   -   Held

2.

3.

**ORDERED AFTER HEARING:**

 Court sets hearing on Motion for Leave to file First Amended Complaint, all other motions are terminated to be re filed.  Counsel to meet and confer and prepare as to all the issues and prepare a stipulation for the Court.

( ) ORDER TO BE PREPARED BY:   Plntf _____   Deft _____   Court _____
( ) Referred to Magistrate Judge for: _____

(X) CASE CONTINUED TO December 17, 2010 @ 10:00 a.m. for Motion for Leave

Discovery Cut-Off _____          Expert Discovery Cut-Off _____
Plntf to Name Experts by _____        Deft to Name Experts by _____
P/T Conference Date _____    Trial Date _____    Set for _____ days
                Type of Trial:  ( )Jury    ( )Court

Notes: