Aaron Kaufmann, Cal. Bar No. 148580
David Pogrel, Cal. Bar No. 203787
HINTON, ALFERT SUMNER & KAUFMANN
1646 North California Boulevard, Suite 600
Walnut Creek, California  94596
Telephone: (925) 932-6006
Facsimile:  (925) 932-3412

Richard J. (Rex) Burch (admitted *pro hac vice*)
BRUCKNER BURCH PLLC
1415 Louisiana, Suite 2125
Houston, Texas  77002
Telephone:  (713)877-8788
Facsimile:  (713)877-8065
Attorneys for Plaintiff and the Putative Class

Cindi L. Pusateri (CA State Bar No. 216899)
cpusateri@meyerwhite.com
MEYER WHITE LLP
515 S. Flower Street, Suite 3600
Los Angeles, California 90071
Telephone:     (213) 236-3660
Facsimile:      (213) 236-3661

Theodore ("Ted") D. Meyer (admitted *pro hac vice*)
tmeyer@meyerwhite.com
Julia Lynn Nye (CA State Bar No. 160092)
jnye@meyerwhite.com
MEYER WHITE LLP
600 Travis Street, Suite 900
Houston, Texas  77002
Telephone:     (713) 951-1400
Facsimile:      (713) 951-1499
Attorneys for Defendants
Lennar Associates Management, LLC
and Lennar Corporation dba Lennar Homes

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC GUNDERSEN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LENNAR ASSOCIATES MANAGEMENT, LLC; LENNAR CORPORATION dba LENNAR HOMES, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.  C-09-2270 CRB<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINE TO FILE MOTION FOR FINAL APPROVAL OF SETTLEMENT AND CERTIFICATION OF SETTLEMENT CLASS |

Pursuant to Rule 4 of the Honorable Judge Breyer's Standing Order, and subject to the Court's approval, Plaintiff Eric Gundersen ("Gundersen") and Defendants Lennar Associates Management, LLC, and Lennar Corporation dba Lennar Homes, (collectively "Lennar") hereby Stipulate to a continuance of the deadline to file the Motion for Final Approval of Class Action Settlement and papers in support thereof to Tuesday, October 11, 2011, and they show as follows:

1. A hearing on the Motion for Final Approval of Settlement is set for 10:00 a.m. on October 21, 2011. DE 171.

2. The Parties prefer to maintain the hearing date on October 21.

3. The deadline for filing the Motion for Final Approval of Settlement and papers in support thereof is today, October 5, 2011. DE 171.

4. The Parties are working together in good faith to finalize the motion and supporting paperwork, including obtaining a declaration from the Claims Administrator confirming the number of participating class members, lack of any objectors, and calculations of the individual class member settlement amounts.

5. No objections have been received concerning the Parties' proposed Settlement, and no putative class member has opt-ed out.

6. The Parties jointly seek a Court Order extending the deadline to file the Motion for Final Approval and papers in support thereof to Tuesday, October 11, 2011, in order to provide sufficient opportunity to assimilate settlement participation rates and calculations and finalize moving and supporting papers, which the parties expect will be unopposed.

Dated: October 5, 2011                    MEYER WHITE LLP


                                          By:_/s/ Cindi L. Pusateri_____
                                               Cindi L. Pusateri
                                          Counsel for Defendants
                                          LENNAR ASSOCIATES MANAGEMENT,
                                          LLC; LENNAR CORPORATION dba
                                          LENNAR HOMES

| | |
|---|---|
| Dated: October 5, 2011 | HINTON, ALFERT, SUMMER & KAUFMANN |

By:*/s/ Aaron D. Kaufmann*
        Aaron D. Kaufmann
Counsel for Plaintiff
ERIC GUNDERSEN

## **ORDER**

PURSUANT TO THE STIPULATION, IT IS ORDERED.

The deadline to file the Motion for Final Approval of Class Action Settlement and papers in support thereof is reset to October 11, 2011. The hearing on the Motion for Final Approval of Settlement presently set for October 21, 2011 at 10:00 a.m. remains on the Court's docket for that date and is not continued.

Dated: Ocotber 11, 2011

HON. CHARLES R. BREYER

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Charles R. Breyer]*